956 F.2d 7w
 58 Fair Empl.Prac.Cas. (BNA) 564,
58 Empl. Prac. Dec. P 41,289, 7 IER Cases 1836
 Theresa H. WOOD, Plaintiff, Appellee,
v.
UNITED STATES of America, Defendant, Appellee,
Charles D. Owens, Defendant, Appellant.
Theresa H. WOOD, Plaintiff, Appellee,
v.
UNITED STATES of America, Defendant, Appellant.
 Nos. 91-1323, 91-1324.
 United States Court of Appeals,
First Circuit.
 Heard Sept. 12, 1991.
Decided Feb. 5, 1992.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 991 F.2d 915.